GRIMES AS AD. VS. PERRY BOOTH.

*Appeal from Sebastian Circuit Court.*

Mr. Chief Justice ENGLISH delivered the opinion of the Court.
The facts in this case are substantially the same as in *Grimes ad. vs. Hepsey Booth*, just decided.